# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MAGISTRO | Case No.: CV11-00753 PA |
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and UNITED AIR LINES GROUP EMPLOYEE BENEFIT PLAN; and DOES 1 THROUGH 10 | Filing Date:     January 25, 2011<br>Trial Date:       December 6, 2011 |
| Defendants. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 8 , 2011

Honorable Percy Anderson
United States District Judge

---

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE